# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES EDWARD FERIOLI, | No. CV 10-6655-JVS (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: 6.13.11

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE